**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

## NOT  DESIGNATED  FOR  PUBLICATION

Kevin James Pitre
Hawk 2-R-14 Camp-D    DOC No. 350660
Louisiana State Penitentiary
Angola, LA 70712

> Judgment on rehearing rendered and
> mailed to all parties or counsel of
> record on October 18, 2023

**REHEARING ACTION: October 18, 2023**

**Docket Number: 23   00071-KH**

**STATE OF LOUISIANA**
**VERSUS**
**KEVIN JAMES PITRE**

**Writ Application from Evangeline Parish Case No. 65,996-FB**

**BEFORE JUDGES:**

    **Hon. Candyce G. Perret**
    **Hon. Jonathan W. Perry**
    **Hon. Ledricka J. Thierry**

As counsel of record in the captioned case, you are hereby notified that the ruling on the

application for rehearing filed by **Kevin James Pitre** is:

    **REHEARING DENIED**.  *See* Uniform Rules—Courts of Appeal,
    Rule 2-18.7.

cc: Hon. Trent Brignac, Counsel for  the Respondent